United States District Court

Eastern District of California

Jeffrey Marshall,

      Plaintiff,                   No. Civ. S 04-1694 LKK PAN P

  vs.                               Order

Sheriff Gary R. Stanton, et al.,

      Defendants.

-oOo-

    March 14, 2005, plaintiff requested an extension of time to file and serve objections to findings and recommendations. Since the court had made no findings and recommendations as of that date, plaintiff's request is denied.

    So ordered.

    Dated: May 12, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge