UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

        Plaintiff,

   v.

SHERIFF GARY R. STANTON, et al.,

        Defendants.

                           NO. CIV. S-04-1694 LKK/PAN P

O R D E R

The court is in receipt of defendants' correspondence to the court requesting that the court amend the August 5, 2002 order so that the names of defendants Molloy and Cullison are included in the dismissal without prejudice.[1]  The court hereby ORDERS that:

   1.  "M.E. Cullin" is amended to "Margaret Cullison" and defendant "Molby" is amended to "Sgt. Leonard Molloy."

////

////

---

[1] The order adopted the magistrate judge's findings and recommendations.

1

1        2.   The Clerk of the Court is directed to amend the caption
2   to reflect these changes.
3        IT IS SO ORDERED.
4        DATED:  September 13, 2005.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT