United States District Court

Eastern District of California

Jeffrey Marshall,

    Plaintiff,                    No. Civ. S 04-1694 LKK PAN P

  vs.                            Order

Gary R. Stanton, et al.,

    Defendants.

-oOo-

November 2, 2005, plaintiff filed a request for production of documents.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-250(c).

1      Accordingly, I take no action on plaintiff's November 2,
2 2005, request for production of documents.
3      So ordered.
4      Dated: November 8, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge