United States District Court

Eastern District of California

Jeffrey Marshall,

    Plaintiff,                    Case No. 04-1694 LKK PAN P

  vs.                          Order

Gary R. Stanton,

    Defendants.

-oOo-

    Plaintiff is a pretrial detainee prosecuting this civil rights action without counsel and in forma pauperis. He requests the court certify this matter as a class action. See Fed. R. Civ. P. 23.

    Pro se prisoners have neither the authority to represent anyone but themselves nor the competence to protect the interests of other prisoners as required by Fed. R. Civ. P. 23. See Russell v. United States, 308 F.2d 98 (9th Cir. 1962); Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). Since

1 | plaintiff proceeds pro se, he cannot represent a class.
2 |     I therefore deny plaintiff's October 14, 2005, motion.
3 |     Dated:  November 29, 2005.

/s/ Peter A. Nowinski  
PETER A. NOWINSKI  
Magistrate Judge
