IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

    Plaintiff,                        No. CIV S-04-1694 LKK PAN P

    vs.

SHERIFF GARY R. STANTON, et al.,

    Defendants.               ORDER

_____/

        Defendant has requested an extension of time to file and serve a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's April 13, 2006, request for an extension of time is granted; and

        2. Defendant is granted 30 days from the date the district judge rules on defendants' motion to dismiss or motion for judgment on the pleadings, whichever is later, to file and serve a motion for summary judgment.

DATED: April 19, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

/bb/004
mars1694.36