IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

        Plaintiff,                     No. CIV S-04-1694 LKK PAN P

    vs.

SHERIFF GARY R. STANTON, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' motion for judgment on the pleadings. But he filed and serve an opposition on June 29, 2006.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 29, 2006, motion for an extension of time is denied.

DATED: August 3, 2006.

                              UNITED STATES MAGISTRATE JUDGE

\004
\mars1694.deny eot