IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

    Plaintiff,                   No. CIV S-04-1694 LKK EFB P

    vs.

GARY R. STANTON, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. Defendants request the court to vacate the pretrial and trial dates.

        Pursuant to the October 27, 2005, schedule plaintiff had until July 21, 2006, to file and serve a pretrial statement, defendants had until August 4, 2006, to file and serve a pretrial statement, pretrial conference is set for August 11, 2006, and trial is set for October 31, 2006.

        Defendants' motion to dismiss is pending.

        Accordingly, IT HEREBY IS ORDERED that defendants' July 25, 2006, application to vacate the pretrial dates and the trial date is granted.

DATED: August 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\004
\mars1694.vac sched