IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

        Plaintiff,                          No. CIV S-04-1694 LKK EFB P

        vs.

SHERIFF GARY R. STANTON,
et al.,
        Defendants.                   FINDINGS & RECOMMENDATIONS

_____/

On August 17, 2006, the court dismissed plaintiff's complaint and gave plaintiff 30 days to file an amended complaint. The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to that order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

////

1

1  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3  DATED:   October 5, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE